RUDOLPH ALONZO v. J. S. CLAVERIE ET AL.

(Filed 20 September, 1933.)

APPEAL by defendants from *Alley, J.,* at June Term, 1933, of BUNCOMBE. Affirmed.

*Bourne, Parker, Bernard & DuBose for appellants.*
*Carle W. Greene and J. W. Pless for appellee.*

PER CURIAM. *Brogden, J.,* not sitting, the Court is evenly divided in opinion. The judgment of the Superior Court is therefore affirmed without becoming a precedent. *Raynor v. Ins. Co.,* 193 N. C., 385; *Lawrence v. Bank, ibid.,* 841; *Tarboro v. Johnson,* 196 N. C., 824.

Affirmed.